JERRY T. DYRESON, WSBA #5115

*The Honorable Lonny R. Suko*

Law Offices of Jerry T. Dyreson
4407 N. Division, Suite 714
Spokane, WA 99207
Telephone: (509) 484-3818

**Attorneys for Plaintiff**

ANDREW C. SMYTHE, WSBA #7948
Paine Hamblen, LLP
717 West Sprague, Suite 1200
Spokane, WA 99201
Telephone: (509) 455-6000

STEVEN K. HUFFER, *pro hac vice*
ANDREA R. SIMMONS, *pro hac vice*
S.K. Huffer & Associates, PC
12821 E. New Market Street, Suite 250
Carmel, IN 46032
Telephone: (317) 564-4807

**Attorneys for Defendant**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELSIE M. JUHNKE, | ) |
|           Plaintiff, | )   No. CV-12-363-LRS |
| vs. | ) |
| | )   **ORDER OF DISMISSAL WITH** |
| | )   **PREJUDICE** |
| BANKERS LIFE AND CASUALTY | ) |
| COMPANY, an Illinois corporation, | ) |
| Subsidiary company of CNO Financial | ) |
| Group, Inc., | ) |
|           Defendant. | ) |
| | ) |

ORDER OF DISMISSAL WITH
PREJUDICE - 1

On hearing the Parties' Stipulated Motion for Dismissal With Prejudice and the Court being fully advised in the premises, it is

ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

DATED this 12th day of June, 2013.


**_s/Lonny R. Suko_**

_____
Lonny R. Suko
U.S. District Court Judge

ORDER OF DISMISSAL WITH
PREJUDICE - 2